616

419 A.2d 199

Commonwealth v. Simmons, Appellant.

Submitted March 23, 1979. Joseph J. Carlin, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.

419 A.2d 199

Commonwealth v. Velez, Appellant.

Argued June 7, 1979. George A. Heitczman, Assistant Public Defender, for appellant; Anthony Blasco, Assistant District Attorney, submitted a brief on behalf of the Commonwealth, appellee.

Before PRICE, DOWLING and GATES, JJ.*

Judgment of sentence is affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.